IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAI BROWN,
Inmate No. H37114,
    Plaintiff,

vs.                                    Case No.: 5:17cv36/MCR/EMT

SERGEANT HOGAN,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated May 11, 2018, Plaintiff was given thirty (30) days in which to file a second amended complaint (ECF No. 20). Upon notice from the clerk, it came to the court's attention that Plaintiff was no longer incarcerated at the TCI Annex in Perry, Florida, and that no forwarding address was available (*see* ECF No. 21; *see also* ECF No. 23). The court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 22). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to respond to the

show cause order, file a second amended complaint, or keep the court apprised of his current address.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 11th day of July 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.